Pro Se 15 2016

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

        DEC 19 2022      MV

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

#200000973

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH CHAN

Plaintiff(s),

v.

Michael Ryan, Larry Brouse, "Saint" James Cathedral, "SPD" #5438 tj burns, "SPD" bradrick #6235, "Seattle Police"

Defendant(s).

CASE NO. 2:22-CV-01796-LK
[to be filled in by Clerk's Office]

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(for use only by plaintiffs not in custody)

Jury Trial: ☐ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: JOSEPH CHAN
Street Address: 80 Stewart St 328
City and County: Seattle, King
State and Zip Code: WA 98101
Telephone Number: 206 441 1010

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Michael Ryan |
| Job or Title *(if known)* | "Priest" |
| Street Address | 804 9th Ave |
| City and County | Seattle, King |
| State and Zip Code | WA 98104 |
| Telephone Number | 206 622 3559 |
| ☐ Individual capacity | ☑ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Larry Brouse |
| Job or Title *(if known)* | |
| Street Address | 804 9th Ave |
| City and County | Seattle, King |
| State and Zip Code | WA 98104 |
| Telephone Number | 206 622 3559 |
| ☐ Individual capacity | ☑ Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | "Saint" James Cathedral |
| Job or Title *(if known)* | |
| Street Address | 804 9th Ave |
| City and County | Seattle, King |
| State and Zip Code | WA 98104 |
| Telephone Number | 206 622 3559 |
| ☐ Individual capacity | ☑ Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 6

Name: tj burns #5438
Job or Title (if known):
Street Address: 610 5th Ave
City and County: Seattle, King
State and Zip Code: WA 98104
Telephone Number: 911
☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name: bradrick #6235
Job or Title (if known):
Street Address: 610 5th Ave
City and County: Seattle, King
State and Zip Code: WA 98104
Telephone Number: 911
☐ Individual capacity  ☒ Official capacity

Defendant No. 3

Name: Seattle "police" Department
Job or Title (if known):
Street Address: 610 5th Ave
City and County: Seattle, King
State and Zip Code: WA 98104
Telephone Number:
☐ Individual capacity  ☒ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

Defendant No. 4

Name _____
Job or Title *(if known)* _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
☐ Individual capacity    ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☑ No    ☐ Yes    If yes, how many? _____

Describe the lawsuit: Christmas Mass! The named defendants severely violated my Human Rights/Constitutional Rights/1st Amendment Rights of "Freedom of Religion", violently assaulted me, tried to racially bully/intimidate me, all under the "premise" that they were looking for someone that looks like me! They severely desecrated/defiled/violated my Christmas/Christmas Mass, Mass in general, and church! These racists have caused severe permanent injury, harm, and damage! I was born and raised in the Catholic Church! I have not been able to go to church ever since!

Parties to this previous lawsuit:

Plaintiff(s) _____
_____
_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

*Pro Se 15 2016*

_____

_____

Defendant(s)

_____

_____

_____

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district: _____

Docket Number: _____

Assigned Judge: _____

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____

_____

Approximate filing date of lawsuit: _____

Approximate date of disposition: _____

### III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

v. *Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suite against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Human Rights ~~const~~ constitutional Rights, 7st [1st] Amendment of "Freedom of Religion"!*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

1  under *Bivens*, explain how each defendant acted under color of federal law. Attach
2  additional pages if needed.

3  _____
4  _____
5  _____
6  _____

7  **IV.   STATEMENT OF CLAIM**

8  *State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.*
9  *You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted,*
10  *number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

11

12  Brouse rapaciously stalked me from the start! Colluded with racist police
13  burns and hedrick, which then the identity grabbed/dragged/shoved me
14  against wall of my own church during my christmas Mass! Ryan authorized all of these severe Human Rights violations and repeatedly

15  A.   Where did the events giving rise to your claim(s) occur?

16  "Saint" James Cathedral! Seattle, WA.

17  _____

18  B.   What date and approximate time did the events giving rise to your claim(s) occur?

19  12/25/19

20  C.   What are the facts underlying your claim(s)? *(For example: What happened to you?*
21  *Who did what? Was anyone else involved? Who else saw what happened?)*

22  Brouse targeted me from the start! Burns violently
23  grabbed/dragged/shoved me into wall of my own church! Hedrick
24  provided backup! All three stalked me the entire christmas Mass! Ryan after ~90m apologised for racism and said they were looking for someone who looked like me. I told Ryan he has known me since I was a very, very young child and

[Margin note, right side, vertical:] stated "you look nothing like him!" PEARLY

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

*[handwritten margin note at top: "and they all look a the same! NOT"]*

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

permanent severe PTSD, ~~severe emotional~~ permanent severe emotional trauma, permanent severe psychological distress! Christmas, christmas Mass, Mass, Church will NEVER be the same! Horrific nightmares! Every time I even think of Christmas, or Church in general, or pass by "SJC", I relive it ALL over again!

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Immediately ~~fire~~ fire all of these racist ~~human~~ severe Human Rights violators, formal apologies, and ~~compensatory~~ compensatory/punitive damages in the amount of ~~$~~ $100,000,000 for ~~these~~ their severe Human Rights violations and the permanent severe injuries/harm/damages!

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

1    I agree to provide the Clerk's Office with any changes to my address where case-related
2    papers may be served. I understand that my failure to keep a current address on file with the
3    Clerk's Office may result in the dismissal of my case.

4    Date of signing:    12/19/22
5    Signature of Plaintiff:    /s/
6    Printed Name of Plaintiff:    JOSEPH CHAN

8    Date of signing:
9    Signature of Plaintiff:
10    Printed Name of Plaintiff:

12    Date of signing:
13    Signature of Plaintiff:
14    Printed Name of Plaintiff:

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8